1 MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 P.O. Box 129
Alameda, CA 94501
3 Telephone: (510) 523-4702

4 Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  NO. C07-4569 SLM

        Plaintiff,

  v.                            REQUEST TO ENTER DEFAULT

Margaret E. Holverson

        Defendant(s).
_____/

To:    Richard W. Wieking, Clerk
        United States District Court
        Northern District of California

        PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: January 8, 2008        By: _____S/S_____
                                         MICHAEL COSENTINO
                                         Attorney for Plaintiff

1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C07-4569 SLM |
| Plaintiff, | DECLARATION FOR JUDGMENT ON DEFAULT |
| v. | |
| Margaret E. Holverson | |
| Defendant. | |

I, MICHAEL COSENTINO, declare:

1. I am the attorney for the plaintiff in the above-entitled action.

2. This declaration is made on behalf of plaintiff.

3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 5330 Carolyn Ct. # B, Eureka, CA 95503.

4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

5. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made to the account; there is now due and owing to the plaintiff from the defendant the sum of $4,607.96 principal, plus $3,364.04 additional interest, $0.00 administrative costs, $30.00 court costs, and $1,382.39 as attorney fees.

WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff and against the defendant in the sum of $9,384.39 plus post judgment interest at the legal rate per annum,

pursuant to the provisions of 28 USC Sec. 1961(a), which will be compounded annually pursuant to the provisions of 28 USC Sec. 1961(b).

    I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: January 8, 2008          S/S
                                       MICHAEL COSENTINO
                                       Attorney for the Plaintiff

DECLARATION FOR JUDGMENT OF DEFAULT         2

1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C07-4569 SLM |
| Plaintiff, | |
| v. | JUDGMENT ON DEFAULT |
| Margaret E. Holverson | |
| Defendant. / | |

In the above entitled action, the defendant Margaret E. Holverson having been duly served with the Summons and a copy of the Complaint in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, Margaret E. Holverson, the sum of $9,384.39 as principal, interest, attorney fees,

1  and costs; interest from the date of this judgment at the current legal rate per annum, pursuant to the
2  provisions of 28 USC Sec. 1961(a)which will be compounded annually pursuant to the provisions of
3  28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: _____

                                        RICHARD W. WIEKING, Clerk
                                        United States District Court

                                        _____
                                             Deputy Clerk

1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

  vs.

Margaret E. Holverson

               Defendant.

Case No. C07-4569 SLM

PROOF OF SERVICE

    See attached list:

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On January 8, 2008, I served the

**REQUEST TO ENTER DEFAULT,
DECLARATION FOR JUDGMENT ON DEFAULT, and
[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

Margaret E. Holverson
5330 Carolyn Ct. # B
Eureka, CA 95503

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 8, 2008 at Alameda, California.

                                                        S/S
                                           C BLAYLOCK